USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/28/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Vilder Gomez-Gomez,

     Petitioner,

-against-

Markwayne Mullin, in his Official Capacity, Secretary of the U.S. Department of Homeland Security; Todd Blanche, in his Official Capacity, Attorney General of the United States; Kenneth Genalo, in his Official Capacity as New York Field Office Director for Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; Heriberto Tellez, is his official capacity as Warden of Metropolitan Detention Center (MDC), Brooklyn, Federal Department of Corrections,

     Respondents.

1:26-cv-03427-MKV

**TRANSFER ORDER**

MARY KAY VYSKOCIL, United States District Judge:

On April 26, 2026, Petitioner, Vilder Gomez-Gomez, who is represented by counsel, filed a petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2241 seeking his immediate release from confinement. [ECF No. 1 ("Petition" or "Pet.")].  On April 27, 2026, the Court ordered Respondents (the "Government") to show cause why the Petition should not be granted. [ECF No. 2].  On the same day, the Government filed a letter asserting that venue is improper in the Southern District of New York and requesting that the case be transferred to the Eastern District of New York. [ECF No. 4].

For the following reasons, the Court TRANSFERS this action in its entirety to the United States District Court for the Eastern District of New York.

In order to entertain a habeas corpus petition under 28 U.S.C. § 2241, a court must have jurisdiction over the custodian.  *See Braden v. 30th Jud. Cir. Ct. of Ky.*, 410 U.S. 484, 494-95

(1973) (writ of habeas corpus does not act upon the prisoner who seek relief, but upon his or her custodian). Where, as here, Petitioner challenges his present physical confinement, "jurisdiction lies in only one district: the district of confinement." *Trump v. J.G.G.*, 604 U.S. 670, 672 (2025) (quoting *Rumsfeld v. Padilla*, 542 U.S. 426, 442 (2004); *see also Ozturk v. Hyde*, 136 F.4th 382, 391 (2d Cir. 2025) (same).

Here, according to the Petition, Petitioner "is currently detained at Metropolitan Detention Center (MDC Brooklyn), located at 80 28th St, Brooklyn, NY 11232." Pet. ¶ 7; *see also* Pet. ¶ 18 ("On February 19, 2026, Petitioner was detained by ICE during a work break. He was subsequently transferred to MDC Brooklyn, where he remains in custody."). Further, Plaintiff sues Heriberto Tellez, the warden of the Metropolitan Detention Center in Brooklyn, in his official capacity and notes that Mr. Tellez is "the immediate physical custodian of Petitioner." Pet. ¶ 11. In its letter, the Government also avers that before he filed his Petition commencing this case, Petitioner was transferred to the Metropolitan Detention Center in Brooklyn on February 19, 2026, where he remains detained to this day. [ECF No. 4].

Since it is undisputed that Petitioner was not located in the Southern District of New York at the time the Petition was filed, the Court does not have jurisdiction over his custodian, s*ee Padilla*, 542 U.S. at 44, and venue does not lie in this District. *See J.G.G.*, 604 U.S. at 672. Thus, in the interest of justice, the Court transfers this petition to the United States District Court for the Eastern District of New York. *See* 28 U.S.C. §§ 1404(a), 1406(a).

**CONCLUSION**

The Court directs the Clerk of Court to transfer this action to the United States District Court for the Eastern District of New York.

The Court waives Local Rule 83.1, which requires a seven-day delay before the Clerk of Court may transfer a case, and directs immediate transfer.

The United States Attorney is directed forthwith to alert the Chief of the Civil Division United States Attorney's Office for the Eastern District of New York of the transfer of this matter.

The Court directs the Clerk of Court to mail a copy of this order to Petitioner at the address on record.

This order closes the case in the Southern District of New York.


**SO ORDERED.**

Date:  **April 28, 2026**                                     **MARY KAY VYSKOCIL**
       **New York, NY**                                       **United States District Judge**

3