UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

Vilder Gomez-Gomez,

                        Petitioner,

   -against-

Markwayne Mullin, Todd Blanche, Kenneth
Genalo, and Heriberto Tellez,

                      Respondents.
----------------------------------------------------------X

                      O R D E R

                      26-CV-02507 (RER)

**RAMÓN E. REYES, JR., District Judge.**

In light of Respondents' acknowledgement that pursuant to *Da Cunha v. Freden*, No. 25-3141-PR, 2026 WL 1146044 (2d Cir. Apr. 28, 2026), and consistent with *Chandler v. Maldonado et al*, No. 26-CV-0021 (RER) (E.D.N.Y. Jan. 13, 2026), "[this Court's] prior jurisprudence would, regardless of *Da Cunha,* find that Section 1226(a) rather than 1225(b)(2)(A) could be appropriate detention authority," and that in *Chander*, this Court "rejected the government's similar argument, granted the petition, and ordered Petitioner immediately released" (ECF No. 9 at 1, 3), the petition for writ of habeas corpus (ECF No. 1) is granted. *See also Arango v. Genalo*, No. 25-CV-6720 (RER), 2025 WL 3637500 (E.D.N.Y. Dec. 16, 2025); *Serech Chom v. Noem et al*, No. 26-cv-597 (RER) (E.D.N.Y. Feb. 10, 2026);  *Diaz-Esquibel v. Francis et al*, No. 26-cv-586 (RER) (E.D.N.Y. Feb. 10, 2026); *Ruiz Martinez v. Francis et al*, No. 26-cv-00649 (RER) (E.D.N.Y. Feb. 26, 2026); *Guarchaj v. Genalo et* al, No. 26-cv-00598 (RER) (E.D.N.Y. Mar. 9, 2026)*; Kobiashvili v. Joyce et al*, No. 26-cv-01178 (RER) (E.D.N.Y. Mar. 12, 2026)*; D.B.C. v. Genalo et al*, No. 26-cv-01618 (RER) (E.D.N.Y. Mar. 12, 2026); *Salas Martinez v. Maldonado et al*,  No. 26-cv-1342 (RER) (E.D.N.Y. Mar. 13, 2026); *Ccoyllo Asto v. LaRocco et al*, No. 26-cv-01338 (RER) (E.D.N.Y. Mar. 13, 2026); *Cespedes Prieto et al v. Maldonado et al*, No. 26-cv-02133 (RER) (April 14, 2026).

Petitioner Vilder Gomez-Gomez (Alien Number 215-763-912) is to be released forthwith. Respondents are directed to file a letter regarding their compliance with this order as soon as possible, and **no later than May 4, 2026, at 10:00 A.M.**

Once the notice of release is received by the Court, the Clerk of Court is respectfully directed to enter final judgment and close the case.

SO ORDERED.


/s/ Ramón E. Reyes, Jr.
U.S. District Judge, EDNY

Dated: May 1, 2026
      Brooklyn, New York